UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 09-8683-JST (JCx)            Date:  September 15, 2010

Title:  United States v. Bernard Younger

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                                       Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

      On July 22, 2010, Judge Margaret A. Morrow set a scheduling conference for August 16, 2010, and ordered counsel to "comply with Rule 26(f) of the Federal Rules of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or before August 9, 2010."  (Doc. 8.)  On August 2, 2010, the case was transferred from Judge Morrow's calendar to this Court (Doc. 9), and on August 6, 2010, the Court continued the scheduling conference from August 16, 2010, at 9:00 a.m., to September 27, 2010, at 1:30 p.m. (Doc. 10).  The Court's order did not continue any other deadlines, yet the parties still have not filed a Joint Rule 26(f) Report as ordered.

      Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.  On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for counsel's failure to submit a Joint Rule 26(f) Report.  No later than September 20, 2010, counsel shall submit a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

                                                                             Initials of Preparer:  enm